■ KENNETH BUDD et al., Respondents, v NIAGARA MOHAWK POWER CORPORATION, Appellant. (Appeal No. 2.)—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Miller, J. (Appeal from Order of Supreme Court, Oswego County, Miller, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Boehm, Fallon and Davis, JJ.